PROB 34
1/92

E-FILED

Wednesday, 26 April, 2006  03:03:07 PM
Clerk, U.S. District Court, ILCD

Report and Order Terminating Probation
Supervised Release

# United States District Court

For The

## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

                    v.                                    Crim. No.    98-20036-003

PERRY DAVIDSON

It appearing that the above named has complied with the conditions of Supervised Release imposed by the Order of the Court heretofore made and entered in this case and that the period of Supervised Release expired on April 23, 2006.  I therefore recommend that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Respectfully submitted,

s/Susan C. Silver

Susan C. Silver
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 26th day of April , 2006.

s/ Michael P. McCuskey

Michael P. McCuskey
Chief United States District Judge